HEATHER E. WILLIAMS, #122664
Federal Defender
NOA OREN, #297100
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700  Fax: 916-498-5710

Attorneys for Defendant
OAKFIRE BAUGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:17-mj-00052-MJS |
|---|---|
| Plaintiff, | ) ORDER FOR TRANSPORTATION |
| | ) PURSUANT TO 18 U.S.C. §4285 |
| v. | ) |
| OAKFIRE BAUGH, | ) Duty Judge:  Hon. Carolyn K. Delaney |
| Defendant. | ) |

**TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:**

This is to authorize and direct you to furnish the above named defendant, OAKFIRE BAUGH with transportation expenses for travel from Sacramento, California, to his residence in Redding, California.

This order is authorized pursuant to 18 U.S.C. §4285.

IT IS SO ORDERED.

Dated: April 26, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

-3-