UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
April 26, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

OAKFIRE BAUGH,

Defendant.

Case No. 6:17-mj-00052-MJS

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __OAKFIRE BAUGH__, Case No. __6:17-mj-00052-MJS__ Charge __18 UCS §3583__, from custody for the following reasons:

__X__ Release on Personal Recognizance

____ Bail Posted in the Sum of $ _____

____ Unsecured Appearance Bond $ _____

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

____ (Other): __To appear in front of Magistrate Judge Cota__

__X__ __on May 7, 2019 at 11:00 AM at the US District__

____ __Courthouse, 2986 Bechelli Lane, Redding California__

Issued at Sacramento, California on April 26, 2019 at __2:30 pm__

By: _____

Magistrate Judge Carolyn K. Delaney